ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Obera LLC | ) ASBCA Nos. 63699-ADR, 63700-ADR |
| | ) |
| Under Contract No. FA4890-20-F-0013 | ) |
| T.O. FA489016D0031 | ) |

APPEARANCES FOR THE APPELLANT:   Rebecca E. Pearson, Esq.
  Venable LLP
  Washington, DC
  Allison M. Siegel, Esq.
  Venable LLP
  Tysons, VA

APPEARANCES FOR THE GOVERNMENT:   Caryl A. Potter III, Esq.
  Air Force Deputy Chief Trial Attorney
  Maj Candice D. Schubbe, USAF
  Maj Ashley Ruhe, USAF
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: February 6, 2024

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63699-ADR, 63700-ADR, Appeals of Obera LLC, rendered in conformance with the Board's Charter.

Dated: February 6, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals